second article of the contract between the plaintiff and the general contractor.)

In the Matter of the Transfer Tax upon the Estate of Karl Hutter, Deceased. Sophia Nink and Others, Appellants; Comptroller of the State of New York, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lucie Butler, Respondent, v. James D. O'Brien, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mendel Presberger, Appellant, v. Mechanics Bank, Brooklyn, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. Arthur J. O'Keeffe, as Commissioner of Bridges of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Henry A. La Chicotte, Appellant, v. Frederick J. H. Kracke, as Commissioner of Bridges of the City of New York, Respondent, Substituted in Place and Stead of Arthur J. O'Keeffe.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Henry A. La Chicotte, Appellant, v. Frederick J. H. Kracke, as Commissioner of Bridges of the City of New York, Respondent, Substituted in Place and Stead of Arthur J. O'Keeffe.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edith Sherwood v. Sargold Realty Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alexander Engel and Another v. Shubert Theatrical Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William E. Mowbray v. Harriet De Forest.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Metropolitan Trust Company of the City of New York, Suing in Its Individual Capacity and as Administrator, etc., of Alexander McDonald, Deceased, Appellant, v. Edmund K. Stallo and Others, Respondents, Impleaded with The Alabama Securities Company and Others, Defendants.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.